UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JAMES HARRISON
    Plaintiff

-vs-

CASE NO. 4:21-cv-63-BJB

DIAMOND PHARMACY SERVICES, ET AL.
    Defendants

## PRETRIAL MEMORANDUM

Comes the Plaintiff, JAMES HARRISON, pro se, pursuant to this Esteemed Court's September 27, 2023, Order and hereby in conformity thereof submits the Plaintiff's pretrial memorandum and hereby avers the following infra; to wit:

### LEGAL ISSUES AND FACTS

Plaintiff relies upon his claims submitted in his complaint and arguments, responses, and statements averments.

### MATERIAL FACTS, AFFIDAVITS, AND DOCUMENTS

In furtherance of Plaintiff's claim he seeks to submit documented evidence within nurses, providers, and encounter statements of the harm sustantained by Plaintiff as a result of being deprived of timely refills of his prescription Trelegy Ellipta 30 doses;

At present time Plaintiff due to his indigency is having problems securing the medical documents as he is unable to pay the ten cent per page mandated. It is Plaintiff's belief that this was on reasons Defendants never provided a copy of Plaintiff's medical records on the DVD Defendants first sent in a blank form, and the second DVD disk was for the most part devoid of medical records, that DVD disk was mailed to this Court as prima facie evidence as to what it contained.

However, due to the lack of paying for those medical documents supporting Plaintiff's claim, the Plaintiff was able to inspect the medical records for himself and will give dates and short summary here and provide those at a later date if Plaintiff is able to acquire them himself.

J. Harrison # 095435    4-CL-05L

## AUTHORIZATION TO USE INMATE ACCOUNT

I authorize the withdrawal of the below stated amount from my account for the following:

- ☐ PURCHASE: Vendor _____
- ☐ CHECK SENT: Name EKCC LAW LIBRARY
- Address _____
- ☐ POSTAGE DUE
- ☑ Copy Charge
- ☐ REPLACEMENT I.D.
- ☐ Restitution
- ☐ OTHER: _____

Amount: $7.00

Date: 8-15-23

(PLEASE PRINT) INMATE NAME & NUMBER: James Harrison 095435

INMATE SIGNATURE: James Harris

SIGNATURE CLASSIFICATION & TREATMENT OFFICER

Lien Filed
AUG 16 2023

RECEIVED
AUG 16 2023
Bethany Holbrook

---

## AUTHORIZATION TO USE INMATE ACCOUNT

I authorize the withdrawal of the below stated amount from my account for the following:

- ☐ PURCHASE: Vendor _____
- ☐ CHECK SENT: Name EKCC LAW LIBRARY
- Address _____
- ☐ POSTAGE DUE
- ☑ Copy Charge
- ☐ REPLACEMENT I.D.
- ☐ Restitution
- ☐ OTHER: _____

Amount: $1.00

Date: 08/10/2023

(PLEASE PRINT) INMATE NAME & NUMBER: James Harrison 095435

INMATE SIGNATURE: James Harr

SIGNATURE CLASSIFICATION & TREATMENT OFFICER

Lien Filed
AUG 16 2023

RECEIVED
AUG 16 2023
Bethany Holbrook

On January 15, 2021, Plaintiff submitted an encounter having trouble breathing, waking up during the nights suffercating as a result of having difficulty receiving chronic care medications because of issues with doses.

On February 9, 2021, Plaintiff continued to have difficulties with his breathing, causing hair to thin, yellow nasal dranage, dark sputum and as a result thereof Plaintiff had to endure several injection, prescribed antibiotices, and directed individual counseling with Psychologist for fear of death.

On February 26, 2021, medical document reveal Plaintiff's peek flow dropping to 360, developing a severe cough, w/inspiration, intermittened wheezing, pinkish skin, mild distress r/t labored breathing, pain radiating to knew caused by irretation to back from heaving coughing.

On March 4, 2021, heavy breathing worsened in past weeks, trouble with nose staying stopped, pain worsen radiating from back down the right leg from coughing, peek flow 400, oxygen level 94:00%; chonic dysalipidemia Hypelipidemia; cervical lymph noda enlarge, throat redness, sinus tenderness.

On the same date, March 4, 2021, more and/or another injection to endure, Ceflnioxone 1Gm/50 MI Daplex, Depo-Meliol injection; Melthylprel 40/ Meloxicam, prednSONE, Ciprofloxacin H cl Tab 500 Mg, S/C right side pain SOB, Hemorrhoid flare-up.

On March 16, 2021, pain in neck, chest, back radiating down right leg from having the severe cough resulting from the lack of refills at the time.

Furthermore, Plaintiff will be submitted affidavits of prospective witnesses which were presence during the events complained of and aware of Plaintiff's suffering and being the victim of redicule and threats of assault by other inmates believing Plaintiff's severe coughing was the result of the COVID-19 that had recently caused the death of three fellow inmates at the facility.

Additionally, Plaintiff will seek to subpoena Wellpath's pharmacist from the Green River Correctional Complex, placing numberous order request for the refill of Trelegy Ellipta 30 dose, and was informed it was premature as it was good for 60 days as indicated by the reference 60 blister.

### FURTHER COMPLIANCE WITH PRE-TRIAL ORDER

The Plaintiff respectfully request this Esteemed Court to appoint counsel and has submitted a companion motion this date with grounds in support of such appointment. Plaintiff request that appointed counsel do all things necessary to include any amended complaint, and further help with further complinace with this and/or other pre-trial matters that has not been fulfilled herein, or to inform Plaintiff of any other requiremnent(s) or bypass same without any legal prejudice and/or repercussions against Plaintiff due to his lack of understanding with the

# LAW / REGULAR LIBRARY

## LIBRARY SCHEDULE JUNE 2023

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 3 *Evening* | 4 | 5 | 6 / 1<br>A-2<br>B-1 | 7 / 2<br>A-1<br>B-2 | 8 / 3<br>A-2<br>B-1 |
| 9 / 4<br>A-1<br>B-2 | 10 / 5<br>A-2<br>B-1<br>C-2 | 6<br>A-1<br>B-2<br>C-1 | 7<br>A-2<br>B-1 | 8<br>A-1<br>B-2 | 9<br>A-2<br>B-1 | 10<br>A-1<br>B-2 |
| 11<br>A-2<br>B-1 | 12<br>A-1<br>B-2<br>C-1 | 13<br>A-2<br>B-1<br>C-2 | 14<br>A-1<br>B-2 | 15<br>A-2<br>B-1 | 16<br>A-1<br>B-2 | 17<br>A-2<br>B-1 |
| 18<br>A-1<br>B-2 | 19<br>A-2<br>B-1<br>C-2 | 20<br>A-1<br>B-2<br>C-1 | 21<br>A-2<br>B-1 | 22<br>A-1<br>B-2 | 23<br>A-2<br>B-1 | 24<br>A-1<br>B-2 |
| 25<br>A-2<br>B-1 | 26<br>A-1<br>B-2<br>C-1 | 27<br>A-2<br>B-1<br>C-2 | 28<br>A-1<br>B-2 | 29<br>A-2<br>B-1 | 30<br>A-1<br>B-2 | |

## LIBRARY HOURS
A= 8:15 A.M. – 10:20 A.M.
B= 1:00 P.M. – 3:00 P.M.
C= 6:30 P.M. – 8:00 P.M.

## NOTARY HOURS
10:00 A.M. AND 2:00 P.M.
MONDAY THRU FRIDAY

legal processes, and having to proceed pro se. In <u>Kilgo v. Ricks</u>, 983 F.2d 189, 193-94 (11th Cir. 1993) the Circuit Court in discussing a pre-trial memorandum stated that While Kilgo's factual and legal claims are fairly straightforward, other factors limit his ability to present his case to the court, and concluded, inter alia, "Unless the court is willing to guide pro se litigants through the obstacles, it should not erect unnecessary procedureal barriers which many pro se litigants will have great difficulty surmounting without the assistance of counsel.

    As stated ante, grounds for the appointment of counsel will be set forth in a companion motion file this date.

    WHEREFORE, Plaintiff prays that this is sufficient for his pre-trial memorandum and further prays for any other such relief to which this Esteemed Court may have knowledge.

                                          Respectfully submitted,

                                          */s/ James Harrison*
                                          JAMES HARRISON, #095435/PLAINTIFF/PRO SE
                                          Eastern Kentucky Correctional Complex
                                          200 Road To Justice
                                          West Liberty, Kentucky 41472

<u>CERTIFICATE OF SERVICE</u>

    This is to certify that on this 13th day of October, 2023, a copy of the foregoing was mailed to: James N. Martin, Jr./Craig L. Johnson, STEPTOE & JOHNSON PLLC, 700 N. Hurstbourne Pkway, Suite 115, Louisville, Kentucky 40222.

                                          */s/ James Harrison*
                                          JAMES HARRISON, #095435/PLAINTIFF/PRO SE

# Commonwealth of Kentucky
## Department of Corrections
### Request to View/Obtain Health Information



Name of Inmate (Printed) _____ Institutional Number _____

Date of Birth _____ Date(s) of Treatment _____

| ☐ Request To View | ☐ Request To Obtain |
|---|---|
| I request to inspect my personal health information. I understand this request may not be sufficient by itself to view any records pertaining to mental health and/or chemical dependency. | I request to obtain copies of my health information. I understand this request may not be sufficient by itself to obtain any records pertaining to mental health and/or chemical dependency. |

Information to be disclosed:

- ☐ Physician Orders
- ☐ Laboratory
- ☐ Radiology
- ☐ Diagnostic
- ☐ History and Physical
- ☐ Clinic Notes
- ☐ Physical Therapy
- ☐ Dental
- ☐ Optometry
- ☐ Medication Records
- ☐ Mental Health
- ☐ Other (Specify) _____

Inmate's Signature _____ Date _____

CTO's Signature _____ Date _____

### Disposition

Date Request Received _____

Date Money Transfer Slip Received _____ Amount Received _____

Was request granted? Y or N (circle one) If yes, date processed _____

If no, specify reason(s) _____

Notes: _____

Date View/Released _____ Staff Signature: _____

Inmate Signature: _____



James Harrison, #095435
Eastern Kentucky Correctional Complex
200 Road To Justice
West Liberty, KY 41472

EKCC Inmate Mail
Not Responsible for Content

MAILED OCT 13 2023

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
106 Gene Snyder U.S. Courthouse
601 W. Broadway
Louisville, Kentucky 40202-2249

FILED
JAMES J. VILT, JR. - CLERK
OCT 24 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

EKCC LEGAL MAIL

MAILED OCT 1 2 2023