IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

---

| | |
|---|---|
| JAMES HARRISON | ) |
| | ) |
| PLAINTIFF | ) Civil Action No. 4:21cv-00063-BJB |
| v. | ) JUDGE BENJAMIN J. BEATON |
| | ) |
| DIAMOND PHARMACY SERVICES and | ) |
| DIAMOND PHARMACY SERVICES | ) |
| CORPORATE AGENTS | ) |
| JOHN/JANE DOE(S) | ) |
| | ) |
| DEFENDANTS | ) |

## **REPORT**

A settlement conference was held in this matter on April 12, 2024, commencing at 10:00 a.m. and ending at approximately 12:11 p.m. Those appearing at the conference via video/audio conference were as follows:

For the Plaintiff:       Cory J. Skolnick, Attorney
                         James Harrison, Plaintiff

For the Defendants:      Craig L. Johnson, Attorney
                         Gerald O'Brien, Chief Counsel
                         Don Hanni, Associate Corporate Counsel
                         Bridget Barrett, CNA Claims Specialist

Following negotiations between the Court and counsel and/or the parties, the undersigned reports that the parties reached an amicable resolution of the case. Counsel will submit appropriate settlement documents for consideration by United States District Judge Benjamin Beaton.

ENTERED this  April 12, 2024

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

Copies to:   Counsel of Record
Anna Beilman, Case Manager